IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | |
| : | 96-3819 |
| This Document Relates To:<br>United States Gypsum Co.<br>Bankrupt Defendant : | CIVIL ACTION NO. MDL 875 |
| : | |
| ALL ACTIONS<br>(See attached schedule<br>for case list) : | |

FILED AUG 14 2001
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### O R D E R   O F   D I S M I S S A L

DEFENDANT, United States Gypsum Co. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 375, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

29

BY THE COURT

Date: 8/6/01

_____
Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8/8/01
ATTEST: Frances P___
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA